IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LEROY PURNELL, on behalf of himself**     **PETITIONER**
**and others similarly situated**

**V.**     **NO. 4:18-CV-99-DMB-JMV**

**DONALD TRUMP, President of the**
**United States, et al.**     **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 19th day of September, 2019.

                                         **/s/Debra M. Brown**
                                         **UNITED STATES DISTRICT JUDGE**